FILED

01/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0516

_____

THERMAL DESIGN, INC., a Nebraska Corporation,

        Plaintiff, Counterclaim Defendant,
        and Appellee,

    v.

MARK DUFFY, an individual; PAM DUFFY, an
individual; CENTRAL COPTERS, INC., a Montana
corporation,

        Defendants, Counterclaim Plaintiffs,
        Plaintiffs, and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building
Systems, a general partnership; TRAVIS THORSON,
an individual, d/b/a TNT Building Systems, a general
partnership,

        Defendants and Crossclaim Defendants.

_____

O R D E R

      The parties have requested clarification of the Court's January 20, 2022 Order. Based upon the motions currently filed,

      IT IS ORDERED that Appellants' opening brief is due no later than March 1, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 21 2022